ppellate Division, First Department. May 26, 916.) Motion to dismiss appeal granted, with 10 costs. Order filed.

In the Matter of the Judicial Settlement of the Account of Proceedings of Fidalma DEL-ENEVESE, as Administratrix, etc., of Virilio Del Genovese, deceased. (Supreme Court, ppellate Division, Second Department. May 9, 1916.) Decree of the Surrogate's Court of Kings County affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Rich, JJ., concur.

Gussie DEMARSKY v. STANDARD OIL CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 30, 916.) Application denied, with $10 costs. Order signed.

Edward S. DENNISTON, respt., v. Charles L. FINNEGAN, individually, etc., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

Ray DE POTY, an infant. etc., respt., v. Carl L. SHEPARD, applt. (Supreme Court, Appellate Division, Fourth Department. May 3, 916.) Motion granted, and appeal dismissed, with costs, including $10 costs of this motion.

Anna Best DEVINE, applt., v. James Miller RUSSELL and one, respts. (Supreme Court, Appellate Division, Fourth Department. May 0, 1916.) Order affirmed with $10 costs and disbursements. All concur.

Frederick H. DIEDERICH, Jr.. respt., v. UNITED TRACTION COMPANY, applt. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Motion denied.

Edward J. DILLON, Applt., v. CITY OF NEW YORK, Respt. (Supreme Court, Appellate Division, First Department. May 26, 916.) Judgment affirmed, with costs. No opinion. Scott and Dowling, JJ., dissent. Order filed.

DIME SAVINGS BANK OF BROOKLYN, respondent, v. A. D. M. CO., Inc., appellant, and others, defendants. (Supreme Court, Appellate Division, Second Department. June 2, 916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

DISTRICT NURSING ASSOCIATION OF BUFFALO, N. Y., applt., v. Hazel M. KOER-NER, respt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment (91 Misc. Rep. 265, 154 N. Y. Supp. 76) affirmed with costs. All concur; De Anclis, J., not sitting.

Emily DITTMAR, respt., v. INTERNA-TIONAL RAILWAY CO.. applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment and order reversed

and new trial granted, with costs to the appellant to abide the event. Per curiam memorandum. Held, that the court instructed the jury that a greater degree of care was incumbent on the defendant than the circumstances of the case justified. All concur; Lambert and Merrell, JJ., concurring in reversal and voting for the dismissal of the complaint upon the ground that it affirmatively appears that the plaintiff did not slip upon the icy car step, but upon the street after she had alighted.

Francis H. DOANE et al., Applts., v. Ethan H. HESCOCK et al., Respts. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Determination and judgment (155 N. Y. Supp. 210) affirmed, with costs. No opinion. Order filed.

In the Matter of Johanna A. DOBROVOI-NY, Respt., v. Wm. A. PRENDERGAST, as Comptroller, etc., Applt. (Supreme Court Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Harriet DOCKSTADER, as executrix, etc., of Margaret Dockstader, deceased, applt., v. NEW YORK CENTRAL RAILROAD COMPANY, respt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order affirmed, with costs. All concur, except Kellogg, P. J., and Howard, J., dissenting.

Richard J. DONNOVAN v. EMPIRE TOW-EL SUPPLY & STEAM LAUNDRY CO. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Application denied, with $10 costs. Order signed.

Lieudella DOUD, respt., v. CITY OF CORN-ING, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment affirmed with costs. All concur.

Munson B. DOUD, respt., v. CITY OF CORNING, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment affirmed with costs. All concur.

Sophia A. DOUGHERTY, Respt., v. Elbridge G. DUVALL et al., Applts. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Sophia A. DOUGHERTY v. Elbridge G. DU-VALL et al. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

Thomas DUCKETT, respt., v. Charles R. PARDEE, applt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Judgment affirmed with costs. All concur.

Charles DUELL, respt., v. Carl J. NORD-STROM, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.